| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Chapter 11<br>Case No. 05-60099 (ALG) |

-----------------------------------------------------------x

In re:

**114 TENTH AVENUE ASSOC., INC.,**

                        Debtor.

-----------------------------------------------------------x

**STIPULATION AND ORDER RESOLVING
CLAIM OF STOCKSCHLAEDER, MCDONALD & SULES**

**R E C I T A L S:**

**WHEREAS**, on or about On November 10, 2005 (the "Petition Date"), the above captioned debtor (the "Debtor") filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code (the "Bankruptcy Code"); and

**WHEREAS**, on or about January 9, 2006 STOCKSCHLAEDER, MCDONALD & SULES ("SMS") filed a general unsecured claim in the amount of $10.159.18 against the Debtor for services it rendered on behalf of the Debtor prior to the Petition Date; and

**WHEREAS,** the Debtor and SMS have determined that it would be in their mutual best interests to avoid the costs and risks associated with litigation concerning disputing the claim; and

**NOW, THEREFORE**, in consideration of the premises stated herein, IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO, by and between the undersigned parties as follows:

1

1. Upon two days after approval of this Stipulation, the Debtor shall pay SMS the sum of $7,619.38 in full and final settlement of its claim in this case.

2. The Debtor and SMS reserve all of their rights with respect to any and all issues concerning the services SMS rendered on behalf of the Debtor.

3. This is the entire agreement between the parties. There shall be no modification of this agreement except in a writing signed by the party to be charged.

4. The parties hereto submit to the jurisdiction of the Bankruptcy Court with respect to all matters relating or pertaining to this Stipulation and its enforcement.

Dated: New York, New York
June 28, 2011

SHAFFERMAN & FELDMAN  LLP
Counsel for the Debtor
286 Madison Avenue, Suite 502
New York, New York 10017
(212) 509-1802


By:   /S/ Joel M. Shafferman
        Joel M. Shafferman (JMS-1055)

STOCKSCHLAEDER,
MCDONALD & SULES
110 William Street, Floor 25
New York, NY 10038


By:   /S/ John Mc Donald
        John McDonald (JD-    )

**SO ORDERED
THIS 29th DAY OF JUNE, 2011**

  /s/ Allan L. Gropper
HONORABLE ALLAN L. GROPPER
UNITED STATES BANKRUPTCY JUDGE